### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CATHERINE A. SHORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-cv-1087 |
| ) | |
| MICHAEL NOLAN, et al., ) | |
| ) | |
| Defendants. ) | |

## O P I N I O N and O R D E R

Before the court is Magistrate Judge Gorman's Report and Recommendation (Doc. 67) on Defendants' Motions for Good Faith Settlement (Docs. 58, 59, 60, and 63). The parties have not filed any objections within the ten (10) working days allotted by 28 U.S.C. §636(b)(1) and have affirmatively represented to Judge Gorman that they will not file objections. Failure to timely object constitutes a waiver of any objections. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Video Views, Inc. v. Studio 21 Ltd.,* 797 F.2d 538 (7th Cir. 1986). Accordingly, this Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motions for Good Faith Settlement are GRANTED (Docs. 58, 59, 60, and 63). Plaintiff's claims against County of Livingston, Livingston County Sheriff, Leland Brooke, Jason Draper, the City of Pontiac, and Michael Willis are DISMISSED WITH PREJUDICED. The

remaining Defendants are Michael Nolan, Samuel Fitzpatrick, Glenn Peters, The Village of Dwight, and the City of Fairbury.

Entered this 16th day of August, 2010

                                                    s/ Joe B. McDade
                                                    JOE BILLY MCDADE
                                      United States Senior District Judge